Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-12-00606-CV

**BEXAR APPRAISAL DISTRICT,**
Appellant

v.

**BROADWAY TOWER SA LTD,**
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-14395
Honorable Barbara Hanson Nellermoe, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Steven C. Hilbig, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  October 24, 2012

MOTION TO DISMISS GRANTED; DISMISSED

Appellant filed a motion to dismiss this appeal. We grant the motion. *See* Tex. R. App. P. 42.1(a)(1). Because the motion does not disclose an agreement of the parties regarding the assessment of costs, we order all costs assessed against appellant. *See* Tex. R. App. P. 42.1(d)(absent agreement of the parties, costs are taxed against appellant).

PER CURIAM